UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY PETER GIOVANONI,

    Defendant.
_____/

Case No. 2:14-cr-16-04

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 22, 2014, for an initial appearance and arraignment on an indictment charging Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(viii), 841(b)(1)(C).  Defendant was advised that the government had filed a motion for detention.  Counsel for defendant requested time to review the matter with his client and to reserve the right to request a hearing at a later date.  Accordingly, defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date:  October 23, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge