UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY PETER GIOVANONI,

    Defendant.
_____/

Case No. 2:14-cr-16-04

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 22, 2014, for an initial appearance and arraignment on an indictment charging Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(viii), 841(b)(1)(C).  Defendant was advised that the government had filed a motion for detention, at which time the defendant requested he be allowed to reserve the right to request a detention hearing at a later time.  On December 16, 2014, a detention hearing was held upon the request of defendant.   The court finds that the defendant has failed to rebut the presumption and orders that defendant's detention continue pending further proceedings.

    IT IS SO ORDERED.

Date:  December 16, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge